IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ANNE BRYANT**     **PLAINTIFF**

**v.**     **CIVIL ACTION NO. 2:20-CV-134-KS-MTP**

**STATE FARM FIRE AND CASUALTY COMPANY**     **DEFENDANT**

### ORDER

On May 4, 2022, Plaintiff filed a Motion for Reconsideration [52] of the Court's Memorandum Opinion and Order [39] granting Defendant's Motion for Partial Summary Judgment [42] as to Plaintiff's claims for punitive and extra-contractual damages – over nine months after the Court first addressed the issue and only five days before the trial of Plaintiff's breach of contract claim is scheduled to begin.

Rule 54(b) applies to motions for reconsideration of interlocutory judgments. *McClendon v. United States*, 892 F.3d 775, 781 (5th Cir. 2018); *see also* FED. R. CIV. P. 54(b). Under that rule, the Court may "reconsider and revise its decision for any reason it deems sufficient." *McClendon*, 892 F.3d at 781.

Plaintiff argues that the Court should consider whether punitive damages are appropriate after the compensatory damages phase of trial, repeating the same arguments she presented in response to Defendant's Motion for Partial Summary Judgment [42].[1] The Court rejects these arguments and **denies** Plaintiff's Motion for

---

[1] Plaintiff also attempts to redefine the basis of her bad faith claims, attempting to avoid the Court's previous ruling. As the Court noted before, Plaintiff asserted bad faith claims arising from the alleged denial of her contents claim, delay of payment on her contents claim, and denial of her

Reconsideration [52], for the same reasons provided in its Memorandum Opinion and Order [39] of July 21, 2022.

SO ORDERED AND ADJUDGED this 5th day of May, 2022.

/s/    Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE

---

dwelling extension claim. *See Bryant v. State Farm Fire & Ins. Co.*, 2021 WL 3086765, at *3-*6 (S.D. Miss. July 21, 2021); *see also* Exhibit A to Notice of Removal [1-2], at 1-2.